IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOE HAND PROMOTIONS, INC.,   )
                             )
    Plaintiff,               )
                             )   CIVIL ACTION NO.
    v.                       )     2:14cv623-MHT
                             )         (WO)
STEVEN HIRO KODA, and CLUB   )
BTS, LLC, d/b/a Club BTS,    )
                             )
    Defendants.              )
```

ORDER OF DEFAULT

Because defendant Club BTS, LLC, d/b/a Club BTS, was duly served with a copy of the summons and complaint on July 17, 2014, and because defendant Club BTS, LLC, d/b/a Club BTS has failed to answer or otherwise defend this action as set out in the application for default (doc. no. 7) filed by plaintiff Joe Hand Promotions, Inc., it is ORDERED as follows:

(1) Plaintiff Joe Hand Promotions, Inc.'s motion for entry of default (doc. no. 7) is granted.

(2) **Default** is entered against defendant Club BTS, LLC, d/b/a Club BTS.  If plaintiff Joe Hand Promotions, Inc. wants a default **judgment**, a new motion to that effect

(which sets forth all of the requirements for such) must be filed.

DONE, this the 12th day of January, 2015.

                              /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**