IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOE HAND PROMOTIONS, INC.,    )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )    2:14cv623-MHT
                              )         (WO)
STEVEN HIRO KODA and CLUB     )
BTS, LLC d/b/a Club BTS,      )
                              )
    Defendants.               )
```

### JUDGMENT

Pursuant to the joint stipulation of dismissal (doc. no. 46), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice and with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this 8th day of December, 2016.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE